IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. 8:17CR1158 |
| | ) | 18 USC § 922(g)(1) |
| | ) | 18 USC § 924(a)(2) |
| | ) | 18 USC § 924(e) |
| Vs. | ) | 18 USC § 924(c)(1)(A) |
| | ) | 21 USC § 841(a)(1) |
| | ) | 21 USC § 841(b)(1)(C) |
| **KEITH DARRELL LONG** | ) | |
| | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about August 15, 2017, in the District of South Carolina, the Defendant, **KEITH DARRELL LONG**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm, that is, a .38 caliber pistol, which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about August 15, 2017, in the District of South Carolina, the Defendant, **KEITH DARRELL LONG**, knowingly, intentionally and unlawfully did possess with intent to distribute less than 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about August 15, 2017, in the District of South Carolina, the Defendant, **KEITH DARRELL LONG**, knowingly did possess a firearm in furtherance of a drug trafficking crime as set forth in Count Two of this Indictment, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(l)(A).

A __true__ Bill

FOREPERSON

BETH DRAKE (MBC/jw)
UNITED STATES ATTORNEY