IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

UNITED STATES OF AMERICA

VS

CR NO. **8:17CR01158-DCC**

KEITH DARRELL LONG

# PLEA

The defendant, **KEITH DARRELL LONG**, having withdrawn a previously entered plea of Not Guilty, pleads **GUILTY** to Count(s) __1,2__ of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Spartanburg, South Carolina
January 10, 2019