IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 8:17-1158 |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH DARRELL LONG | ) | AMENDED INFORMATION |

The United States of America, by and through its undersigned Assistant United States Attorney, files this Information thereby notifying the defendant that he is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following convictions:

1. November 3, 2010 - conviction for Distribution of Marijuana within Proximity, in Newberry County South Carolina, General Sessions Court, charge number 2009-GS-36-0529 (offense date of January 6, 2009); sentenced to 100 days.

2. December 14, 2007 - conviction for Possession with Intent to Distribute Marijuana within Proximity, in Edgefield County South Carolina, General Sessions Court, charge number 2007-GS-197-748 (offense date of July 14, 2007); sentenced to probation for 5 years with a fine of $5,000.

The Government reserves the right to amend this information. The dates indicated and provided relative to each conviction may not be exact, however; certified copies of the relevant documents have been or will be made available for review.

        Respectfully submitted,

        SHERRI A. LYDON
        UNITED STATES ATTORNEY

        By:   s/ Max Cauthen
               Max B. Cauthen, III
               Assistant United States Attorney
               Federal I.D. No. 6732
               55 Beattie Place, Suite 700

February 19, 2019                Greenville, South Carolina 29601